UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE SHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,<br><br>    Defendant. | ) CASE NO. CV 14-07955 MMM (FFMx)<br>)<br>)<br>) JUDGMENT FOR DEFENDANT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Stephanie Shaw filed this action on October 14, 2014, against Life Insurance Company of North America ("LINA"). On November 4, 2015, the court entered findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, finding that plaintiff was not eligible for benefits under the disability benefit plan established by her former employer, Colony Advisors, LLC, and that LINA was entitled to have judgment entered in its favor. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of her complaint; and

2. That the action be, and it hereby is, dismissed.

DATED: November 4, 2015

                                                      MARGARET M. MORROW<br>
                                                      UNITED STATES DISTRICT JUDGE